■ In the Matter of DEANDRAE WOODS, Petitioner, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION et al., Respondents. [45 NYS3d 814]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

McCarthy, J.P., Garry, Egan Jr., Clark and Aarons, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.